```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar #016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRUCE GORDON HISLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-323 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BRUCE GORDON HISLE, | |
| Defendant. | Date: March 12, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties, Todd Leras, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Bruce Gordon Hisle, that the status conference hearing date of February 26, 2010, be vacated, and a new status conference hearing date of March 12, 2010, at 9:00 a.m. be set

The reason for this continuance is because defense counsel needs additional time for investigation; specifically, parties have agreed to have the firearm analyzed for fingerprints.

/ / /

/ / /

/ / /

1

1    IT IS FURTHER STIPULATED and agreed between the parties that the
2  period from the signing of this Order, up to and including March 12,
3  2010, be excluded in computing the time within which trial must
4  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5  3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
6  counsel.

Dated: February 24, 2010        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                */s/ Douglas J. Beevers*
                                _____
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                BRUCE GORDON HISLE


Dated: February 24, 2010        BENJAMIN B. WAGNER
                                United States Attorney


                                */s/ Todd Leras*
                                _____
                           By:  TODD LERAS
                                Assistant U.S. Attorney

2

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 26, 2010, be continued to **Friday, March 12, 2010, at 9:00 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 12, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3