UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
United States of America    )
                            )2:09-cr-323-GEB
          Plaintiff,        )
     v.                     )   TRIAL CONFIRMATION ORDER
                            )
Bruce Hisle,                )
                            )
          Defendant.        )
_____)
```

Trial in the above-captioned case is scheduled to commence on June 8, 2010, at 9:00 a.m. That date was confirmed at the hearing on May 21, 2010.

I.   EVIDENTIARY DISPUTES

All evidentiary disputes capable of being resolved by an in limine motion, shall be set forth in such a motion no later than 4:30 p.m. on May 25, 2010.[1] An opposition to the motion or non-opposition statement shall be filed no later than 4:30 p.m. on May 28, 2010. Hearing on the motion will commence at 10:00 a.m. on June 1, 2010.

II.   TRIAL PREPARATION

A.   On or before five court days before trial, the following documents should be filed:

---

[1] The parties are requested to meet and confer for the purpose of seeking to resolve a dispute before the motion is filed.

1

     (1) proposed jury instructions;

     (2) proposed voir dire questions to be asked by the Court;

     (3) trial briefs;[2]

     (4) a joint statement or joint proposed jury instruction that can be read to the jury during voir dire that explains the nature of the case; and

     (5) a proposed verdict form

   At the time of filing the proposed jury instructions, proposed voir dire questions, verdict and joint statement, <u>counsel shall also submit a copy of the sanitized jury instructions, the proposed voir dire questions, verdict forms and the joint statement to the Court by email to geborders@caed.uscourts.gov in accordance with L.R. 51-163(b)(1).</u>

   B. The government's exhibits shall be numbered and eventually marked with stickers provided by the court. The government is requested to provide a list of the exhibits it intends to use. Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter on stickers provided by the court. The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

   C. The parties estimate the trial will take three days to

---

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof. L.R. 16-285(a)(3). The defense is also encouraged to do this to the extent it opines it should.

1  present evidence and closing arguments to the jury.  Each side is
2  granted fifteen minutes for voir dire, which may be used after the
3  judge completes judicial voir dire.  The "struck jury" system will be
4  used to select the jury.[3]  Two alternate jurors will be empaneled.
5  The Jury Administrator randomly selects potential jurors and places
6  their names on a list that will be provided to each party in the
7  numerical sequence in which they were randomly selected.  Each juror
8  will be placed in his or her randomly-selected seat.  The first 12
9  jurors on the list will constitute the petit jury unless one or more
10 of those 12 is excused for some reason.  Assuming that the first
11 listed juror is excused, the thirteenth listed juror becomes one of
12 the twelve jurors.

### III. OPENING STATEMENT

14         Each side agreed to take no longer than fifteen minutes for
15 an opening statement.

16 Dated:  May 21, 2010

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[3]     As explained in United States v. Blouin, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group . . . [to the amount of jurors] who will serve as the petit jury."  The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group. Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.

3