IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | )  2:09-CR-00323-GEB |
| | ) |
| v. | )  <u>ORDER</u> |
| | ) |
| BRUCE HISLE, | ) |
| | ) |
| Defendant. | ) |

Defendant objects to the government's stated intention to introduce into evidence at trial a photograph seized from the apartment where defendant was arrested on July 15, 2009. Defendant argues admissibility of the photograph is governed by Federal Rule of Evidence 404(b), assuming foundation is established, and indicates this evidence lacks probative value on the issue whether defendant had knowledge "that there was a gun in the house." Defendant also argues: "If the Court agrees that the photograph is admissible under a Rule 404(b) exception, Defense requests that the Court give a contemporaneous limiting instruction based on the Ninth Circuit Model Criminal Jury Instructions §4.3."

The parties should confer about the content of a limiting instruction, so that it could be given if the foundation for admitting the photograph is established. Further, the referenced limiting instruction should be filed as soon as practicable.

Dated: June 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1